# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140000

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

BRADLEY KENNETH TYLER,
       Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140000
COA: 292673
Alcona CC: 06-000799-FH

On order of the Court, the application for leave to appeal the October 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

p0517